812 P<small>ARK</small> A<small>VE</small>. C<small>ORPORATION</small>, Respondent, *v.* R<small>EGINA</small> P. P<small>ESCARA</small>, Appellant.

Argued April 10, 1945; decided May 17, 1945.

*Samuel Weinreb* for appellant.
*A. Hayne de Yampert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.